## 8560. Detmering v. City of Fayetteville.

Luke, J. The petition for certiorari did not show that the bond provided for in the act of 1902 (Park's Annot. Code, § 5191 (a)) had been given. *Kendricks* v. *Millen*, 16 *Ga. App.* 273 (85 S. E. 264) ; *Hubert* v. *Thomasville*, 18 *Ga. App.* 756 (90 S. E. 720). No error of law is complained of; and besides, the evidence authorized the conviction of the accused in the police court. Accordingly the court did not err in refusing to sanction the petition for certiorari.

*Judgment affirmed. Wade, C. J., and George, J., concur.*

Decided April 21, 1917.

Petition for certiorari; from Fayette superior court—Judge Searcy.　February 1, 1917.

*Lester C. Dickson,* for plaintiff in error.

*J. W. Culpepper, E. M. Owen,* contra.